a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ADRIANNE BOOZE,
Plaintiff

CIVIL DOCKET NO. 1:26-CV-02045
SEC P

VERSUS

JUDGE DRELL

SHERIFFS OFFICE RAPIDES PARISH ET AL,
Defendants

MAGISTRATE JUDGE PEREZ-MONTES

---

# REPORT AND RECOMMENDATION

Before the Court is a document entitled "Petition for an Ex Parte Warrant" (ECF No. 1) filed by pro se Plaintiff Adrianne Booze ("Booze"). The filing appears to allege that Booze was arrested and subjected to force by personnel associated with the Rapides Parish Sheriff's Office at the Rapides Parish Courthouse. Booze requests an "ex parte warrant" to obtain surveillance video, body-camera footage, and other evidence. ECF No. 1.

A private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another. *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973). And federal law does not authorize the issuance of a search warrant at the request of a private civil litigant. Specifically, Rule 41(b) of the Federal Rules of Criminal Procedure authorizes a magistrate judge to issue a search warrant "[a]t the request of a federal law enforcement officer or an attorney for the government."

Accordingly, IT IS RECOMMENDED that the Petition for an Ex Parte Warrant be DENIED, and this civil action DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Wednesday, September 9, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE